MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (Bar No. CA 138335)
  e-mail: jpietrini@manatt.com
BARRY E. MALLEN (Bar No. CA 120005)
  e-mail: bmallen@manatt.com
JOY T. TEITEL (Bar No. CA 211718)
  e-mail: jteitel@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
*Attorneys for Plaintiff and Counterdefendant*
HARAJUKU LOVERS, LLC

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HARAJUKU LOVERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California corporation, and DOES 1 to 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV07-3881 ODW (SSx)<br><br>**STIPULATION OF TIME TO FILE REPLY TO COUNTERCLAIM AND [PROPOSED] ORDER THEREON** |

DOCKETED ON CM
SEP - 5 2007
BY ___ 015

    Plaintiff and Counterdefendant Harajuku Lovers, LLC ("Plaintiff") and defendants Forever 21, Inc. and Forever 21 Retail, Inc. (collectively "Forever 21") hereby stipulate and agree to extend by six days the time within which Plaintiff is required to file its reply, or otherwise respond, to the counterclaim filed by Forever 21. Accordingly, the last day for Plaintiff to file a responsive pleading to Forever 21's counterclaim shall be extended from September 4, 2007 to September 10, 2007.

\\\

IT IS SO ORDERED
SEP - 4 2007
Dated: _____
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

10

1    IT IS SO STIPULATED.

2                                          STETINA BRUNDA GARRED &
3                                          BRUCKER
                                           Bruce B. Brunda
4                                          Stephen Z. Vegh

5

6    Dated:   August 31, 2007    By: _____/s/_____
7                                          Attorneys for Defendants
                                           FOREVER
8

9                                          MANATT, PHELPS & PHILLIPS, LLP
10                                         Jill M. Pietrini
                                           Barry E. Mallen
11                                         Joy T. Teitel

12

13   Dated:   August 31, 2007    By: _____/s/_____
                                           Jill M. Pietrini
14                                         Attorneys for Plaintiff and
                                           Counterdefendant
15                                         HARAJUKU LOVERS, LLC

16                              ORDER

17   The parties having so stipulated, and finding good cause therefor,

18   IT IS SO ORDERED.

19

20   DATED: _____      _____
                                           United States District Judge
21

22

23   41152090.1

24

25

26

27

28

**PROOF OF SERVICE**

I, Shellie Sager, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **August 31, 2007**, I served a copy of the within document(s):

**STIPULATION OF TIME TO FILE REPLY TO COUNTERCLAIM AND [PROPOSED] ORDER THEREON**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Bruce B. Brunda (SBN 108,898)**
**Stephen Z. Vegh (SBN 174,713)**
**STETINA BRUNDA GARRED & BRUCKER**
**75 Enterprise, Suite 250**
**Aliso Viejo, CA 92656**
**Email: litigate@stetinalaw.com**
**Tel: (949) 855-1246**
**Fax: (949) 855-6371**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 31, 2007**, at Los Angeles, California.

_____
Shellie Sager

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES