**P-SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-3881 ODW(SSx) |
| Title | Harajuku Lovers, LLC v. Forever 21, Inc., et al. |
| Date | September 19, 2007 |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not present                                                    Not present

**Proceedings (In Chambers):**    Order Vacating Scheduling Conference

The Court is in receipt of the parties' Joint Rule 26(f) Report. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently scheduled for **September 24, 2007 at 2:30 p.m.** is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue forthwith.

IT IS SO ORDERED.

DOCKETED ON CM
SEP 2 0 2007
BY

: 00

Initials of Preparer    RGN