IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARAJUKU LOVERS, LLC, a California limited liability company,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California corporation, and DOES 1 to 10,<br><br>    Defendants and Counterclaimants. | Case No. CV07-3881 ODW (SSx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court, having considered the parties' Stipulated Protective Order, hereby:

*1*    **ORDERS** that the Stipulated Protective Order filed on February 20, 2008 is
*2* hereby entered.

*3*

*4* Dated: February 21, 2008

_____
Otis D. Wright II
United States District Judge